UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

STEPHEN WADMAN,

          Supervisee.

No. 8-cr-1295-04 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of Supervisee, IT IS HEREBY ORDERED THAT the terms of Mr. Wadman's supervised release are modified to include placement in a residential re-entry center for an additional period not to exceed 120 days, or until adequate housing is secured, during which time Supervisee shall not be permitted to leave the facility except for work, religious observance, or other acceptable reasons as approved by the U.S. Probation Office. Supervisee is directed to abide by all the rules and regulations of the residential re-entry center. Supervisee's contribution towards the cost of subsistence is waived.

SO ORDERED.

Dated:    August 25, 2023
          New York, New York

                                            _____
                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation